# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOSE GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NAUMANN/HOBBS MATERIAL HANDLING CORPORATION II, INC., an Arizona corporation; BRYAN ARMSTRONG and PAMELA ARMSTRONG, husband and wife,<br><br>    Defendants. | No. CV16-01346-PHX DGC<br><br>**ORDER re STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court has received and considered the Stipulation for Dismissal with Prejudice. Doc. 42.

**IT IS ORDERED** that the parties' stipulation for dismissal with prejudice (Doc. 42) is **granted.** This action is dismissed in its entirety, with prejudice, each party to bear his, her or its own attorneys' fees and costs.

Dated this 15th day of June, 2017.

_____
David G. Campbell
United States District Judge